# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Percy Jones Jr.__

FILED
02/12/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

Case Number:

1:24-cv-00291-MPB-TAB

(to be supplied by clerk of court)

(Full name of defendant(s))

__Indiana State Prison__

__They wouldn't desclose the names of the people that was involved__

A. PARTIES

1. Plaintiff is a citizen of __Minnesota__, and is located at
   (State)

   __100 Freeman Dr. St. Peter, MN 56082__   __Birch Unit__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Indiana State Prison__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights; PRISON & STATE!
2. What each defendant did; THEY POURED GAS ON ME!
3. When they did it; 1992
4. Where it happened; and INDIANA STATE PRISON!
5. Why they did it, if you know. VICTIMS HAD SENT THE HIT! RETALIATION

I came back from church, I layed down in my bed and put my headphones on and fell asleep. I woke up on fire. The victim's (from my case that lead to incarceration) family expressed to me that they are going to do something to me, when we were in court. Someone poured gasoline on me. They've got checkpoints everywhere, it shouldn't have happened.

Complaint - 2

LOCAL RULES 1 - PROSE COMPLAINTS

* COMPLAINTS Alleging CLAIMS UNDER THE CIVIL RIGHTS Act, 42 USC. § 1983/DEFAMATION

COMPLAINTS Alleging CLAIMS UNDER THE SOCIAL SECURITY Act, 42 USC § 405(g)

COA OFFENDER RECORD REQUEST At IDOC.IN.GOV

COMPLAINTS Alleging ~~C~~ CLAIMS

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☒  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $50,000,000

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am requesting an award of money in the amount of $50,000,000 (50 Million). I sustained severe burns to my right arm, left arm, chest. Due to these burns I am being told I am mentally ill for the rest of my life and forced to take medications. Also civil litigation, DEFAMATION LAWSUIT $250,000 000 MONITERY GAIN DEFMING. 1990 to 2024 - 34 yrs. OF PAIN

E.   JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this  2ND  day of  FEB  20 24.

Respectfully Submitted,

_Percy Jones Jr._
Signature of Plaintiff

#932859
Plaintiff's Prisoner ID Number

100 Freeman Dr.   Birch Unit
St. Peter, MN 56082
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Percy Jones Jr._
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.